IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBANY MED HEALTH SYSTEM et al.,<br>      *Plaintiffs*,<br>v.<br>HEALTH RESOURCES AND SERVICES ADMINISTRATION et al.,<br>      *Defendants*. | No. 1:23-cv-3252 (APM) |

**STATUS REPORT**

Plaintiffs, by and through undersigned counsel, respectfully file this Joint Status Report to apprise the Court of the status of this case.

1. Plaintiffs, a group of safety-net hospitals and health systems, filed the Complaint in this case on October 31, 2023. ECF No. 1. The Complaint alleges that a recent change in policy by the Health Resources and Services Administration (HRSA) violates the Administrative Procedure Act.

2. Plaintiffs filed their Motion for Summary Judgment on December 22, 2023. ECF No. 8. Defendants filed a motion to stay briefing on the motion for summary judgment (ECF No. 11), which the Court denied on January 3, 2024.

3. Pursuant to the Court's Order adopting the parties' agreed-upon briefing schedule, the parties completed briefing on the cross-motions for summary judgments on April 19, 2024.

4. Plaintiffs respectfully submit that there is significant private and public interest in timely resolution of this matter. Though the challenged notice contained a 90-day grace period, that period has long expired. As plaintiffs explained in their filings, HRSA's policy adopted in the notice is costing them millions of dollars each year—all of which is irrecoverable from HRSA, even if plaintiffs prevail in this matter.

5. Those harms are exacerbated by a variety of recently-arising factors, making access to the consistent funding through the 340B program all the more important for the plaintiffs. This includes:

    (a.) Financial pressures on a variety of fronts, including tariffs and rapidly rising drug costs. Access to 340B pricing and the benefits it confers on hospitals are a critical lifeline and the plaintiffs in this case need a decision to ensure that they have complete access within the intended scope of the 340B Statute to access drugs at the 340B price.

    (b.) Impending cuts to the Medicaid program. By definition, many 340B hospitals provide a disproportionate amount of care to Medicaid patients and other low-income patients. Continued access to 340B pricing at all eligible hospital locations and for all patients of the hospitals, regardless of the specific hospital location where care is provided, is necessary to provide some cushion against the unprecedented revenue reduction that will occur due to the Medicaid cuts and hospitals need a decision in this case to allow them to appropriately plan to manage the Medicaid cuts.

6. Plaintiffs are available to provide argument on the pending cross-motions should the Court conclude that argument will facilitate the Court's decision in this matter. Additionally, Plaintiffs will submit courtesy copies of the briefing should the Court desire.

Dated: June 3, 2025

        Respectfully submitted,

        */s/ Paul W. Hughes*

        Paul W. Hughes (D.C. Bar #997235)
        Andrew A. Lyons-Berg (D.C. Bar #230182)
        Charles Seidell (D.C. Bar #1670893)
          McDermott Will & Emery LLP
          *500 North Capitol Street NW*
          *Washington, DC 20001*
          *(202) 756-8000*
          *phughes@mwe.com*

        Emily J. Cook (*pro hac vice*)
          McDermott Will & Emery LLP
          *2049 Century Park E #3200*
          *Los Angeles, CA 90067*
          *(310) 277-4110*
          *ecook@mwe.com*

        *Counsel for Plaintiffs*