**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ALBANY MED HEALTH SYSTEM, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**HEALTH RESOURCES AND SERVICES ADMINISTRATION, et al.,**<br><br>**Defendants.** | ) | **Case No. 23-cv-03252 (APM)** |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 35, Plaintiffs' Motion for Summary Judgment, ECF No. 8, is granted. Defendants' Cross-Motion for Summary Judgment, ECF No. 21, is denied. The court hereby vacates the registration precondition for child sites of covered hospital entities to participate in the 340B program and declares it to be contrary to law.

This is a final, appealable order.

Dated: March 3, 2026

Amit P. Mehta
United States District Judge