UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBANY MED HEALTH SYSTEM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES<br>ADMINISTRATION, et al.,<br><br>Defendant. | Civil Action No. 23-3252 (APM) |

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Defendants appeal to the United States Court of Appeals for

the District of Columbia Circuit from the March 3, 2026, memorandum opinion (ECF No. 35) and

order (ECF No. 36), denying Defendants' motion for summary judgment and granting Plaintiffs'

motion for summary judgment.

Dated: April 28, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____*/s/ Tabitha Bartholomew*_____
    TABITHA BARTHOLOMEW
    D.C. BAR # 1044448
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-2529
    Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*